# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

4:24-CV-0648

| United States District Court | District | MIDDLE |
|---|---|---|
| Name (under which you were convicted): Andre Brown | | Docket or Case No.: CR 22-CR-1403-2023 |
| Place of Confinement: Dauphin County Prison | | Prisoner No.: 102 615 |
| Petitioner (include the name under which you were convicted) Andre Brown | v. | Respondent (authorized person having custody of petitioner) Gregory Briggs, Warden at Dauphin County Prison |
| The Attorney General of the State of Pennsylvania | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: PRETRIAL CHALLENGE OF RIGHT TO SPEEDY TRIAL DAUPHIN COUNTY PA. RULE 600 DENIED BY OPERATION OF LAW

   (b) Criminal docket or case number (if you know): CR-22-CR-1403-2023

2. (a) Date of the judgment of conviction (if you know): NA
   (b) Date of sentencing: NA

3. Length of sentence: NA

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☐   No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: THIS IS PRETRIAL MOTION FOR SPEEDY TRIAL THAT WAS DENIED BY NO OPERATION OF LAW. RULE 600 MODIFICATION FILED DECEMBER 4th 2023, DENIED AFTER 120 DAYS BY OPERATION OF LAW

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐        (4) Insanity plea ☐

**FILED SCRANTON**

APR 12 2024

PER _____ DEPUTY CLERK

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? NOT GUILTY TO ALL REQUESTING BAIL OVER 365 DAYS PAST AND STILL INCARCERATED I DID NOT GIVE ANY PERMISSION TO WAIVE RULE 600 AND MODIFICATION MOTION FILED DEC 4TH 2023 DENIED BY ITS OPERATION OF LAW

(c) If you went to trial, what kind of trial did you have? (Check one)
Jury ☐     Judge only ☐     NONE YET

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
Yes ☐   No ☒

9. If you did appeal, answer the following:
(a) Name of court: NO
(b) Docket or case number (if you know): 
(c) Result: 
(d) Date of result (if you know): 
(e) Citation to the case (if you know): 
(f) Grounds raised: 

(g) Did you seek further review by a higher state court?   Yes ☐   No ☒
If yes, answer the following:
(1) Name of court: NO
(2) Docket or case number (if you know): 
(3) Result: 
(4) Date of result (if you know): 
(5) Citation to the case (if you know): 
(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: Dauphin County Court of Common Pleas
        (2) Docket or case number (if you know): CP 22 CR 1403 2023
        (3) Date of filing (if you know): SEVERAL DEC 4TH 2023
        (4) Nature of the proceeding: Rule 600 Bail Modification
        (5) Grounds raised: SPEEDY TRIAL.

_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☒

    (7) Result: DENIED BY OPERATION OF LAW (180 DAYS)

    (8) Date of result (if you know): NO RESPONSE

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: DAUPHIN COUNTY COURT OF COMMON PLEAS
        (2) Docket or case number (if you know): CP 22 CR 1403 2023
        (3) Date of filing (if you know): ON OR ABOUT MARCH 11TH 2024
        (4) Nature of the proceeding: IN FORMA PAUPERIS MOTIONS FOR DISCOVERY
        (5) Grounds raised: NO MOTIONS FILED BY FORMER DAUPHIN COUNTY PUBLIC DEFENDER SARAH MALER FOR DISCOVERY I FILED FOR MYSELF SUB JURIS COUNSEL WAS INEPT AND ABSENT REGARDING ANY PREPARATION FOR MY DEFENSE AS REQUESTED AND NEVER WAS GIVEN PERMISSION TO FILE ANY RULE 600 WAIVERS *(DISCIPLINARY ACTION FILED)

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ❏   No ☒
(7) Result: ~~ONE~~ NO RESPONCES
(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: NA
   (2) Docket or case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ❏   No ❏
(7) Result: _____
(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition:    Yes ❏   No ❏
   (2) Second petition:   Yes ❏   No ❏
   (3) Third petition:    Yes ❏   No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** I HAVE BEEN INCARCERATED SINCE MARCH 10TH 2023 AND HAVE A RIGHT TO NOMINAL BAIL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): DENIED COUNSEL HAS INEPT AND WAIVED RIGHTS WITHOUT WRITTEN PERMISSION TO PRO SE. REFUSED TO FILE DISCOVERY MOTIONS ON MY BEHALF WITH ABSENT IN ANY FILE. REFUSED TO PREPARE OR ADEQUATELY FILE ANY DEFENSE MOTIONS. A PA STATE DISCIPLINARY ACTION PENDING

(b) If you did not exhaust your state remedies on Ground One, explain why: REQUEST DENIED BY OPERATION OF LAW AFTER 120 DAYS ELAPSED SINCE DECEMBER 4TH 2023 FIGURE OF BAIL MODIFICATION

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: COMPLAINTS TO PA DISCIPLINARY BOARD AGAINST ATTORNEY AND FIRED JUDGE REFUSES TO GIVE ME NEW COUNSEL I WANTS AND NOT ANSWERING ANY PETITIONS I FILE.

**GROUND TWO:** NA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐  No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion or petition?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** ___N/A_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❏   No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❏   No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏   No ❏

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏   No ❏

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____
_____
_____
_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  Yes ☐  No ☒

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: NOT ADEQUATE REMEDY AT THIS POINT WILL BE FORCED TO WAIT ANOTHER 6 MONTH WAITING FOR AN ANSWER A PENDING LIBERTY INTEREST

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
    _____
    _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____
    _____
    _____
    _____
    _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☒ No ☐
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __PRETRIAL PENDING MOTIONS UNANSWERED AND BAIL MODIFICATION DENIED BY OPERATION OF LAW__

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __SARAH MALEK__

    (b) At arraignment and plea: __REFUSED TO FILE ANY MOTIONS FOR DISCOVERY I FILED HER AND__
    (c) At trial: __FILED DISIPLINARY ACTION ON HER__

    (d) At sentencing: _____

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

THIS IS PRETRIAL I HAVE A LIBERTY INTREST AND DAUPHIN COUNTY NOT ADDRESSING MY MOTIONS FOR NOMINAL BAIL I FILED AND I WAS DENIED APPOINTMENT TO ASSIST ME IN REGARDS TO MY PENDING TRIAL AFTER I FIRED SARAH MACEK FOR BEING IN EFFECT ABSENT AND REFUSED TO FILE DISCOVERY MOTIONS OR PREPARE ANY DEFENSE ON MY BEHALF FOR PENDING TRIAL.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
> (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: JUDICAL INSTRUCTIONS TO REQUIRE MY RELEASE ON NOMINIAL BAIL OR THROW OUT CHARGES

or any other relief to which petitioner may be entitled.

~~Signature of Attorney (if any)~~

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __March 4th 2024__ (month, date, year).

Executed (signed) on __3/4/2024__ (date).  × Andre Brown
Andre Brown Living Man
BY SPECIAL APPEARANCE
~~Signature of Petitioner~~
SUI JURIS IN PERSONAM PERSONA

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

\* \* \* \* \*

NAME: Andre Brown
D.C.P.# 102615
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
9 APR 2024 PM 2 L

RECEIVED
SCRANTON
APR 12 2024
PER DJ
DEPUTY CLERK

U.S. MIDDLE DISTRICT COURTHOUSE
PO BOX 1148
SCRANTON, PA 18501-1148

LEGAL MAIL
1 ENVELOPE OF 3
17 Pages total
18501-114848

---

NAME: Andre Brown
D.C.P.# 102615
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
9 APR 2024 PM 2 L

RECEIVED
SCRANTON
APR 12 2024
PER DJ
DEPUTY CLERK

U.S. MIDDLE DISTRICT COURTHOUSE
PO BOX 1148
USMS X-RAY
18501-1148

LEGAL MAIL
2 ENVELOPE OF 3
12 Pages total
18501-114848

---

NAME: Andre Brown
D.C.P.# 102615
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
9 APR 2024 PM 2 L

RECEIVED
SCRANTON

U.S. MIDDLE
PO BOX 1148
USMS X-RAY